**DISMISS; and Opinion Filed April 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00312-CV

### KEITH GRANT, Appellant
### V.
### KIMBERLY D. HARRIS, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-07220**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated March 10, 2014, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated March 10, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated April 8, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of

this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

140312F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEITH GRANT, Appellant

No. 05-14-00312-CV     V.

KIMBERLY D. HARRIS, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-13-07220.
Opinion delivered by Justice Bridges.
Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee KIMBERLY D. HARRIS recover her costs of this appeal from appellant KEITH GRANT.

Judgment entered this 30th day of April, 2014.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE